# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN MIECZKOWSKI,** | : No. 3:15cv2146 |
| **Plaintiff** | : |
| | : (Judge Munley) |
| **v.** | : |
| | : |
| **THE SALVATION ARMY,** | : |
| **Defendant** | : |

## ORDER

**AND NOW**, to wit, this 22nd day of April 2016, it is hereby **ORDERED** that Defendant Salvation Army's motion to dismiss plaintiff's punitive damages claim (Doc. 6) is **DENIED**. Defendant is further **ORDERED** to answer plaintiff's complaint within fourteen (14) days from the date of this order.

                                  **BY THE COURT:**

                                  **s/ James M. Munley**
                                  **JUDGE JAMES M. MUNLEY**
                                  **United States District Court**