# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MIECZKOWSKI,** | : | No. 3:15cv2146 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **THE SALVATION ARMY,** | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 23rd day of January 2017, it is hereby **ORDERED** that the defendant's motion for partial summary judgment (Doc. 29) is **GRANTED**.

BY THE COURT:

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**