# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN MIECZKOWSKI, | : | No. 3:15cv2146 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| THE SALVATION ARMY, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 21st day of November 2017, it is **HEREBY ORDERED** as follows:

1. Plaintiff's request that we adopt a standard of care prior to trial is **DENIED** and will be addressed at a more appropriate time;

2. Plaintiff's request that the defendant be prohibited from presenting an assumption of the risk defense is **DENIED**;

3. Plaintiff's motions in limine concerning hearsay statements within plaintiff's medical records are **DENIED**; and

4. Plaintiff's objections to the deposition testimony of defense expert Dr. Banas are **OVERRULED**.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**